# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

MICHAEL AMES,

        Plaintiff,

v.

MARK LINDQUIST, et al.,

        Defendants.

CASE NO. C16-5090 BHS

ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION

This matter comes before the Court on Defendants Mark Lindquist, Mark and Chelsea Lindquist, and Pierce County's ("Defendants") motion for reconsideration. Dkt. 71.

On January 31, 2018, the Court denied Defendants' motion to stay pending appeal concluding in part that Plaintiff Michael Ames has asserted allegations to support each claim that are not subject to immunity defenses. Dkt. 68. On February 14, 2018, Defendants filed a motion for reconsideration. Dkt. 71. Defendants contend that the Court's conclusion is in error "because the issues on appeal are inextricably linked with all aspects of the case against Prosecutor Lindquist . . . ." *Id*. at 2. The Court agrees that some issues may be intertwined, but, at this point, it appears that the majority of issues

are not inextricably linked.  Moreover, the Court notes that the experienced counsel representing both sides should be able to delineate the bounds of discovery in a professional manner without Court intervention.[1]  Therefore, the Court **DENIES** Defendants' motion for reconsideration.

**IT IS SO ORDERED**.

Dated this 22nd day of February, 2018.

BENJAMIN H. SETTLE
United States District Judge

---

[1] In the parties' joint status report Defendants' request a scheduling conference to address lingering discovery issues.  Dkt. 72 at 6.  The Court denies the request because it is unaware of any discovery issues given that discovery has been stayed pending the resolution of Defendants' motion to dismiss.